FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 04 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00131 BRW |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| HALACIUS PHILLIPS | ) | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From in or about September 2016 until on or about January 24, 2019, in the Eastern District of Arkansas and elsewhere, the defendant,

HALACIUS PHILLIPS,

voluntarily and intentionally conspired with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about January 24, 2019, in the Eastern District of Arkansas, the defendant,

HALACIUS PHILLIPS,

knowingly and intentionally possessed at least one of the following firearms, that is: a Savage Arms Inc., Savage AXIS, .243 caliber rifle, bearing serial number SNK104917; a Ruger, Ruger American, .308 caliber rifle, bearing serial number 694-52769; and a Savage Arms, Springfield

1

Model 57F, 20 gauge shotgun with an unknown serial number, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3

A. On or about January 24, 2019, the defendant,

HALACIUS PHILLIPS,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Terroristic Threatening, in Conway County, Arkansas, Circuit Court in Case Number 15CR-96-161;

2. Aggravated Assault, in Conway County, Arkansas, Circuit Court in Case Number 15CR-96-980;

3. Failure to Appear, in Conway County, Arkansas, Circuit Court in Case Number 15CR-96-99;

4. Domestic Battering 2nd Degree and Terroristic Threatening 1st Degree, in Lonoke County, Arkansas, Circuit Court in Case Number CR-05-393; and

5. Failure to Appear, in Pope County, Arkansas Circuit Court in Case Number 58CR-17-803.

B. On or about January 24, 2019, in the Eastern District of Arkansas, the defendant,

HALACIUS PHILLIPS,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1. a Savage Arms Inc., Savage AXIS, .243 caliber rifle, bearing serial number SNK104917;

2. a Ruger, Ruger American, .308 caliber rifle, bearing serial number 694-52769; and

3. a Savage Arms, Springfield Model 57F, 20 gauge shotgun with an unknown serial number.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1 of this Indictment, the defendant, HALACIUS PHILLIPS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1 of this Indictment, the defendant, HALACIUS PHILLIPS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, or 3 of this Indictment, the defendant, HALACIUS PHILLIPS, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]