MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): __10 min__
ARRAIGNMENT, Length of Hearing (minutes): _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 21 2021

TAMMY H. DOWNS
By: __Brown__
DEP CLERK

United States of America

v.                                    Case No.: 4:21CR00131-01 BRW

Halacius Phillips

## PLEA AND ARRAIGNMENT REPORT

Plea Date: __7/21/2021__                 Deft is __✓__ is not ____ in custody
Continued Until: _____                  ____ Deft did not appear
Reason for continuance _____            ____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Stephanie Mazzanti**
Defense Counsel: __Chris Tarver__                     __to be__ (Appointed / Retained)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT           CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty __✓__                       Not Guilty _____
Guilty (indicates desire) _____       Guilty _____
Nolo Contendere (desire) _____        Nolo Contendere _____

__✓__ Demands Trial by Jury            _____ Waives Jury Trial
                                        Deft agrees _____
                                        Govt agrees _____

### BAIL

Bail Set at: _____ By: _____ Date: _____

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **2 days**
Estimated Trial Date: **8/24/2021 @ 9:30 a.m., before the Honorable Judge Billy Roy Wilson in Room A401. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

DATE: __7/21/2021__           SO ORDERED: _____
                                          U. S. MAGISTRATE JUDGE